**Pamela ANDERSON, Respondent,**

v.

**Eric ANDERSON, Appellant.**

**No. ED 82043.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 13, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 11, 2004.

Alan W. Cohen, Clayton, MO, for appel-
lant.

Carmody MacDonald, P.C., John E. Hil-
ton, Joyce M. Capshaw, St. Louis, MO, for
respondent.

Before BOOKER T. SHAW, P.J.,
LAWRENCE G. CRAHAN, J., and
PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Eric Anderson appeals the trial court's
judgment and decree of dissolution. We
have reviewed the briefs of the parties and
the record on appeal and find no error of

and dismiss the appeal is denied.

law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).